# PAMELA GABIGER

Attorney at Law

P.O. Box 2952

Poughkeepsie, New York 12603

Facsimile: (845) 471-2249

Telephone: (845) 471-2447

**MEMO ENDORSED**

> Plaintiff's application is DENIED. As the Court explained in its Memorandum Endorsement earlier today, Plaintiff's tardy submission of photographs was deficient because it was submitted 75 days after Plaintiff's deadline to submit opposition materials. (ECF No. 25.) The motion to dismiss has been fully briefed since April and, accordingly, the current request is untimely.
>
> Dated: June 3, 2021
> White Plains, NY
>
> SO ORDERED:
>
> _____
> NELSON S. ROMÁN
> United States District Judge

JUNE 3, 2021

HON. NELSON ROMAN

US DISTRICT COURT, SOUTHERN DISTRICT OF NY

    RE:   JOSEPH ROBB    7:20-CV-10521

DEAR JUDGE ROMAN:

I RESPECTFULLY REQUEST A BRIEF EXTENSION TO FILE PHOTOGRAPHS OF JOSEPH ROBB'S INJURIES HE SUFFERED BY DEFENDANTS BEATING HIM WITHOUT PROVOCATION IN OPPOSITION TO DEFENDANTS' FRIVOLOUS MOTION TO DISMISS. THANK YOU FOR YOUR ATTENTION TO THIS MATTER.

RESPECTFULLY YOURS,

S/PAMELA GABIGER

PAMELA GABIGER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2021
```